# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24472-CMB |
| David Fetsko and Miranda Fetsko, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No. 11 |
| David Fetsko and Miranda Fetsko, | : | |
| Movants | : | |
| vs. | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this __27th__ day of __November__, 2019, upon consideration of the Motion of the above reference Debtors, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtors to file their Chapter 13 Petition, Schedules, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including December 13, 2019.

BY THE COURT:

FILED
11/27/19 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm           dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Fetsko  
Miranda Fetsko  
    Debtors

Case No. 19-24472-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam        Page 1 of 1        Date Rcvd: Nov 27, 2019  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.  
db/jdb       +David Fetsko,   Miranda Fetsko,   1 Smith Street,   Charleroi, PA 15022-3110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Paul W. McElrath, Jr.   on behalf of Joint Debtor Miranda  Fetsko ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
           Paul W. McElrath, Jr.   on behalf of Debtor David  Fetsko ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                               TOTAL: 4