IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-24472-CMB |
| | : | |
| David Fetsko and | : | CHAPTER 13 |
| Miranda Fetsko | : | |
| Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| David Fetsko | : | |
| Movant | | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **David Fetsko**, hereby state as follows:

1. I am starting a job with UPS beginning December 14, 2019 and I expect to earn wages of $2,860.00 per month.

2. I receive VA Disability in the amount of $685.00 per month.

3. I have filed income tax returns for the years 2015 – 2018.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: December 19, 2019               /s/ David Fetsko
                                       David Fetsko
                                       Debtor

CHECK NO: **527533**

County of Washington

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REGULAR | 60.55 | 1,245.28 | FICA | 94.07 | 2,009.32 | 94.07 | 32,408.23 |
| OPT OUT | 1.00 | 200.00 | MEDICARE | 22.00 | 469.90 | 22.00 | |
| SICK USED | .54 | .00 | FED TAX | 99.93 | 1,970.65 | .00 | Current Earnings |
| SICK PAID | 3.50 | 71.98 | STATE TAX | 46.58 | 994.93 | .00 | 1,517.26 |
| | | | LOCAL TAX | 21.24 | 453.73 | .00 | |
| | | | RET - PU | 106.21 | 2,268.60 | .00 | Current Net |
| | | | RET - MC | 45.52 | 972.24 | .00 | |
| | | | PA UC TAX | .91 | 19.42 | .00 | 1,041.99 |
| | | | SEIU #668 | 18.31 | 419.91 | .00 | |
| | | | PARKING | 18.50 | 407.00 | .00 | Pay Period |
| | | | LST TAX | 2.00 | 46.00 | .00 | Ending |
| | 65.59 | 1,517.26 | | | | | 11/09/19 |
| Leave | Balance | Taken YTD | | | | | Pay Date |
| SICK | .59 | 13.75 | | | | | 11/15/19 |
| VACATION | 3.00 | 7.00 | | | | | |
| PERSONAL | .00 | 2.00 | | | | | Check No |
| | | | Total | 475.27 | 10,031.70 | 116.07 | 527533 |

STATEMENT OF EARNINGS AND DEDUCTIONS-PLEASE DETACH AND KEEP FOR YOUR RECORDS

CHECK NO: 527473

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REGULAR | 51.98 | 1,069.03 | FICA | 82.86 | 1,915.25 | 82.86 | 30,890.97 |
| SICK USED | 1.00 | .00 | MEDICARE | 19.38 | 447.90 | 19.38 | |
| VAC USED | 1.00 | .00 | FED TAX | 79.74 | 1,870.72 | .00 | Current Earnings |
| SICK PAID | 6.50 | 133.68 | STATE TAX | 41.03 | 948.35 | .00 | |
| VAC PAID | 6.50 | 133.68 | LOCAL TAX | 18.71 | 432.49 | .00 | 1,336.39 |
| | | | RET - PU | 93.55 | 2,162.39 | .00 | Current Net |
| | | | RET - MC | 40.09 | 926.72 | .00 | |
| | | | PA UC TAX | .80 | 18.51 | .00 | 921.15 |
| | | | SEIU #668 | 18.58 | 401.60 | .00 | |
| | | | PARKING | 18.50 | 388.50 | .00 | Pay Period |
| | | | LST TAX | 2.00 | 44.00 | .00 | Ending |
| | 66.98 | 1,336.39 | | | | | |
| Leave | Balance | Taken YTD | | | | | 10/26/19 |
| SICK | 1.13 | 13.21 | | | | | Pay Date |
| VACATION | 3.00 | 7.00 | | | | | |
| PERSONAL | .00 | 2.00 | | | | | 11/01/19 |
| | | | | | | | Check No |
| | | | Total | 415.24 | 9,556.43 | 102.24 | 527473 |

STATEMENT OF EARNINGS AND DEDUCTIONS-PLEASE DETACH AND KEEP FOR YOUR RECORDS