| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **David Fetsko** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx−xx−5389** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Miranda Fetsko** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx−xx−9815** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13 | 11/18/19 |
| Case number: | **19−24472−CMB** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                         12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Fetsko | Miranda Fetsko |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1 Smith Street <br> Charleroi, PA 15022 | 1 Smith Street <br> Charleroi, PA 15022 |
| 4. | **Debtor's attorney** <br> Name and address | Paul W. McElrath Jr. <br> McElrath Legal Holdings, LLC. <br> 1641 Saw Mill Run Boulevard <br> Pittsburgh, PA 15210 | Contact phone 412−765−3606 <br><br> Email:  ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412−471−5566 <br><br> Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. − Fri. Pittsburgh Office: 9:00a.m. − 4:30p.m. Erie Office: 9:00a.m. − 4:30p.m. <br><br> Contact phone 412−644−2700 <br><br> Date: 12/26/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 27, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/27/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/27/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/18/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/27/20** at **02:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-24472-CMB
David Fetsko                                                        Chapter 13
Miranda Fetsko
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2             Date Rcvd: Dec 26, 2019
                              Form ID: 309I           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
```
db/jdb         +David Fetsko,    Miranda Fetsko,    1 Smith Street,    Charleroi, PA 15022-3110
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15158763       +Commonwealth Financial,    245 Main Street,    Scranton, PA 18519-1641
15158765        Dept Of Defense,    Dfas-de/fydc,    Denver, CO 80279
15158767       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15159648       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15174651       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
15158769       +Professional Adjmnt Co,    14410 Metropolis Ave,    Fort Myers, FL 33912-4341
15158770       +Rui Credit Services In,    1305 Walt Whitman Rd Ste,    Melville, NY 11747-4849
15158773       +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
15158774       +Usaa Fed Svng/nationst,    350 Highland,    Houston, TX 77009-6623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@mcelrathlaw.com Dec 27 2019 02:41:12     Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA  15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 27 2019 02:42:05     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 27 2019 02:42:17
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Dec 27 2019 07:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15174641        EDI: AIS.COM Dec 27 2019 07:03:00      American Info Source Lp,    Post Office Box 248848,
                 Oklahoma City, OK 73124-8848
15158761       +EDI: CAPIO.COM Dec 27 2019 07:03:00      Capio Partners Llc,    2222 Texoma Pkwy,
                 Sherman, TX 75090-2481
15169414        EDI: CAPITALONE.COM Dec 27 2019 07:03:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15158762       +EDI: CAPITALONE.COM Dec 27 2019 07:03:00      Capital One Bank Usa N,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15174644       +EDI: COMCASTCBLCENT Dec 27 2019 07:03:00      Comcast,    Po Box 3001,
                 Southeastern, PA 19398-3001
15158764       +E-mail/Text: scollins@cs-llc.com Dec 27 2019 02:42:02     Credit Soltn,
                 2277 Thunderstick Drive,    Lexington, KY 40505-9002
15158766       +E-mail/Text: bknotice@ercbpo.com Dec 27 2019 02:42:26     Enhanced Recovery Co L,
                 Po Box 57547,    Jacksonville, FL 32241-7547
15158768       +E-mail/Text: info@phoenixfinancialsvcs.com Dec 27 2019 02:41:21     Phoenix Financial Serv,
                 8902 Otis Ave,    Indianapolis, IN 46216-1077
15162790        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2019 02:48:52
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
15158771       +EDI: RMSC.COM Dec 27 2019 07:03:00      Syncb/amer Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
15168322       +E-mail/Text: bankruptcy@huntington.com Dec 27 2019 02:42:15     The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
15174655       +E-mail/Text: bankruptcy@huntington.com Dec 27 2019 02:42:14     The Huntington National Bank,
                 7450 Huntington Park Drive,    Columbus, OH 43235-5617
15158772       +Fax: 304-598-5019 Dec 27 2019 02:47:45     The United Federal Cr,    3600 University Ave,
                 Morgantown, WV 26505-3087
15174659        EDI: USAA.COM Dec 27 2019 07:03:00      Usaa Federal Savings,    Pob 47504,
                 San Antonio, TX 78265
15158775        EDI: USAA.COM Dec 27 2019 07:03:00      Usaa Federal Savings B,    Pob 47504,
                 San Antonio, TX 78265
15174660        E-mail/Text: bankruptcy@firstenergycorp.com Dec 27 2019 02:42:22     West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
15170465       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 27 2019 02:42:21     West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 21
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              USAA Federal Savings Bank
15174642*      +Capio Partners Llc,    2222 Texoma Pkwy,    Sherman, TX 75090-2481
15174643*      +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15174645*      +Commonwealth Financial,    245 Main Street,    Scranton, PA 18519-1641
15174646*      +Credit Soltn,    2277 Thunderstick Drive,    Lexington, KY 40505-9002
15174647*       Dept Of Defense,    Dfas-de/fydc,    Denver, CO 80279
15174648*      +Enhanced Recovery Co L,    Po Box 57547,    Jacksonville, FL 32241-7547
15174649*      +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15174650*      +Phoenix Financial Serv,    8902 Otis Ave,    Indianapolis, IN 46216-1077
15174652*      +Professional Adjmnt Co,    14410 Metropolis Ave,    Fort Myers, FL 33912-4341
```

```
District/off: 0315-2           User: dkam                  Page 2 of 2                  Date Rcvd: Dec 26, 2019
                               Form ID: 309I               Total Noticed: 33

             ***** BYPASSED RECIPIENTS (continued) *****
15174653*        +Rui Credit Services In,    1305 Walt Whitman Rd Ste,    Melville, NY 11747-4849
15174654*        +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
15174656*        +The United Federal Cr,    3600 University Ave,    Morgantown, WV 26505-3087
15174657*        +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
15174658*        +Usaa Fed Svng/nationst,    350 Highland,    Houston, TX 77009-6623
                                                                                           TOTALS: 1, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Miranda  Fetsko ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor David  Fetsko ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```