**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 19-24472-CMB** |
| **David Fetsko and** | : | |
| **Miranda Fetsko** | : | **Chapter 13** |
|       Debtors | : | |
| | : | |
| **David Fetsko** | : | |
|       Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **UPS** | : | **Related to Docket No. 22** |
| **55 Glenlake Parkway NE** | : | |
| **Atlanta GA 30328** | : | |
| **Attention: Payroll Administrator,** | : | |
|       Respondent | : | |
| | : | |
| and | : | **Filed Under Local Bankruptcy** |
| | : | **Rule 9013.4 Para. 6(c)** |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|       Additional Respondent | : | |
| | : | |
| **Social Security No. xxx-xx-5389.** | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

    IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

                UPS
                55 GLENLAKE PARKWAY NE
                ATLANTA GA 30328
                ATTENTION: PAYROLL ADMINISTRATOR

Shall deduct from said income the sum of Four Hundred Eighty-Two Dollars ($482.00) bi-weekly (each pay period), beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any

other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR, ESQUIRE
> CHAPTER 13 TRUSTEE, W.D. PA
> P.O. BOX 84051
> CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Paul W. McElrath, Jr., Esquire, Professional Office Building, 1641 Saw Mill Run Blvd., Pittsburgh, PA 15210, (412) 765-3606, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this ___26th___ day of ___December___, 2019.

_Carlota M. Böhm_    dmk
Carlota M. Bohm
Chief U.S. Bankruptcy Judge

FILED
12/26/19 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Fetsko  
Miranda Fetsko  
    Debtors

Case No. 19-24472-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Dec 26, 2019  
                              Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db/jdb         +David Fetsko,    Miranda Fetsko,    1 Smith Street,    Charleroi, PA 15022-3110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
              +E-mail/Text: bankruptcy@ups.com Dec 27 2019 02:43:18      UPS,    Atten: Payroll,  
       55 Glenlake Parkway NE,    Atlanta, GA 30328-3474  
                                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:
          James    Warmbrodt    on  behalf  of  Creditor     USAA   Federal   Savings  Bank  bkgroup@kmllawgroup.com  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Miranda  Fetsko ecf@mcelrathlaw.com,  
           donotemail.ecfbackuponly@gmail.com  
          Paul W. McElrath, Jr.    on behalf of Debtor David  Fetsko ecf@mcelrathlaw.com,  
           donotemail.ecfbackuponly@gmail.com  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                    TOTAL: 5