Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24472−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  David Fetsko                                  Miranda Fetsko
  1 Smith Street                                 1 Smith Street
  Charleroi, PA 15022                     Charleroi, PA 15022

Social Security No.:
  xxx−xx−5389                                    xxx−xx−9815

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210<br>Telephone number: 412−765−3606 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>March 2, 2020<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>March 2, 2020<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/31/20                                         BY THE COURT

                                                             Carlota M. Bohm
                                                              Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-24472-CMB
David Fetsko                                                          Chapter 13
Miranda Fetsko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dkam              Page 1 of 2              Date Rcvd: Jan 31, 2020
                             Form ID: rsc13          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
```
db/jdb         +David Fetsko,   Miranda Fetsko,   1 Smith Street,   Charleroi, PA 15022-3110
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15180033       +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
15158763       +Commonwealth Financial,   245 Main Street,   Scranton, PA 18519-1641
15158765        Dept Of Defense,   Dfas-de/fydc,   Denver, CO 80279
15158767       +KML,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
15159648       +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15177544        Pendrick Capital Partners II, LLC,   Peritus Portfolio Services II, LLC,   PO BOX 141419,
                 IRVING, TX  75014-1419
15177543        Pendrick Capital Partners, LLC,   Peritus Portfolio Services II, LLC,   PO BOX 141419,
                 IRVING, TX  75014-1419
15175607       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pgh., PA 15233-1828
15174651       +Pinnacle Credit Servic,   7900 Highway 7 # 100,   Saint Louis Park, MN 55426-4045
15158769       +Professional Adjmnt Co,   14410 Metropolis Ave,   Fort Myers, FL 33912-4341
15158770       +Rui Credit Services In,   1305 Walt Whitman Rd Ste,   Melville, NY 11747-4849
15188207       +The United Federal Credit Union,   3 Sunset Beach Rd,   Morgantown, WV 26508-4431
15184770        UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
15184695       +USAA Federal Savings Bank,   c/o Nationstar Mortgage LLC,   P.O. Box 619096,
                 Dallas, TX 75261-9096
15158773       +Us Dept Of Ed/glelsi,   2401 International Lane,   Madison, WI 53704-3121
15158774       +Usaa Fed Svng/nationst,   350 Highland,   Houston, TX 77009-6623
15174659        Usaa Federal Savings,   Pob 47504,   San Antonio, TX 78265
15158775        Usaa Federal Savings B,   Pob 47504,   San Antonio, TX 78265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2020 04:06:57     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2020 04:13:00
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15174641        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 01 2020 04:29:33     American Info Source Lp,
                 Post Office Box 248848,   Oklahoma City, OK 73124-8848
15158761       +E-mail/Text: bnc-capio@quantum3group.com Feb 01 2020 04:06:59     Capio Partners Llc,
                 2222 Texoma Pkwy,   Sherman, TX 75090-2481
15169414        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2020 04:12:54
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
15158762       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2020 04:11:47
                 Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
15174644       +E-mail/Text: documentfiling@lciinc.com Feb 01 2020 04:05:40     Comcast,   Po Box 3001,
                 Southeastern, PA 19398-3001
15158764       +E-mail/Text: scollins@cs-llc.com Feb 01 2020 04:06:40     Credit Soltn,
                 2277 Thunderstick Drive,   Lexington, KY 40505-9002
15158766       +E-mail/Text: bknotice@ercbpo.com Feb 01 2020 04:07:20     Enhanced Recovery Co L,
                 Po Box 57547,   Jacksonville, FL 32241-7547
15158768       +E-mail/Text: info@phoenixfinancialsvcs.com Feb 01 2020 04:05:43     Phoenix Financial Serv,
                 8902 Otis Ave,   Indianapolis, IN 46216-1077
15162790        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 04:11:06
                 Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
15181874        E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2020 04:06:38
                 Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
15189001        E-mail/Text: appebnmailbox@sprint.com Feb 01 2020 04:07:01     Sprint Corp.,   Attn: Bankruptcy,
                 PO Box 7949,   Overland Park, KS 66207-0949
15158771       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 04:10:46     Syncb/amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
15168322       +E-mail/Text: bankruptcy@huntington.com Feb 01 2020 04:07:05     The Huntington National Bank,
                 PO Box 89424,   Cleveland, OH 44101-6424
15174655       +E-mail/Text: bankruptcy@huntington.com Feb 01 2020 04:07:04     The Huntington National Bank,
                 7450 Huntington Park Drive,   Columbus, OH 43235-5617
15158772       +Fax: 304-598-5019 Feb 01 2020 04:14:20     The United Federal Cr,   3600 University Ave,
                 Morgantown, WV 26505-3087
15185538       +E-mail/Text: bncmail@w-legal.com Feb 01 2020 04:07:23     USAA Federal Savings Bank,
                 C/O: Weinstein & Riley, P.S,   2001 Western Avenue, Ste 400,   Seattle, WA 98121-3132
15183586        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 01 2020 04:11:07     Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
15174660        E-mail/Text: bankruptcy@firstenergycorp.com Feb 01 2020 04:07:18     West Penn Power,
                 P.O. Box 3687,   Akron, OH 44309-3687
15170465       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 01 2020 04:07:17     West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                              TOTAL: 21
```

```
District/off: 0315-2          User: dkam              Page 2 of 2                   Date Rcvd: Jan 31, 2020
                              Form ID: rsc13          Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                USAA Federal Savings Bank
15174642*         +Capio Partners Llc,    2222 Texoma Pkwy,     Sherman, TX 75090-2481
15174643*         +Capital One Bank Usa N,    Po Box 30281,     Salt Lake City, UT 84130-0281
15174645*         +Commonwealth Financial,    245 Main Street,     Scranton, PA 18519-1641
15174646*         +Credit Soltn,   2277 Thunderstick Drive,     Lexington, KY 40505-9002
15174647*          Dept Of Defense,    Dfas-de/fydc,    Denver, CO 80279
15174648*         +Enhanced Recovery Co L,    Po Box 57547,    Jacksonville, FL 32241-7547
15174649*         +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15174650*         +Phoenix Financial Serv,    8902 Otis Ave,    Indianapolis, IN 46216-1077
15174652*         +Professional Adjmnt Co,    14410 Metropolis Ave,    Fort Myers, FL 33912-4341
15174653*         +Rui Credit Services In,    1305 Walt Whitman Rd Ste,     Melville, NY 11747-4849
15174654*         +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
15174656*         +The United Federal Cr,    3600 University Ave,     Morgantown, WV 26505-3087
15174657*         +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
15174658*         +Usaa Fed Svng/nationst,    350 Highland,    Houston, TX 77009-6623
                                                                                        TOTALS: 1, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Miranda   Fetsko ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor David   Fetsko ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```