*FILING FEE PAID*   (Yes) / No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Fetsko_____ JAD/TPA/(CMB)/GLT

Case Number: __19-24472__

Date of Meeting: __3__/__2__/__20__    Recording # __04__

Debtor(s) present ___ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) __McElrath_____ (Present____ or Not Present____)
Date of Plan at § 341: __12-23-19 #21__   Applicable commitment period ___ 3 yrs ___ 5 yrs

Counsel to review means test — H's income higher on Sch I than in means test.

__X__ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD                          ____ Order to Show Cause Requested
                                                ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due:_____; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
    ____ 341 Meeting OR __X__ Conciliation Conf. OR ___ *Contested Hearing
    On __5/21/20__ at __1:00__ am/pm Location __5250__

_____
Chapter 13 Trustee/Attorney for Trustee