# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re:<br><br>David Fetsko and Miranda Fetsko,<br><br>    Debtors. | Case No. 19-24472-CMB<br><br>Chapter 13 |

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), USAA Federal Savings Bank, a creditor and party in interest in the above-styled case, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests notices required to be mailed or served in this case be directed to:

Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
lisac@w-legal.com

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters a Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

                                                  /s/ Lisa Cancanon
                                                  Lisa Cancanon, Bar No. 323550
                                                  Weinstein & Riley, P.S.
                                                  Attorney for USAA Federal Savings Bank
                                                  11101 West 120th Avenue #280
                                                  Broomfield, CO 80021
                                                  Phone: (303) 539 8600
                                                  Email: lisac@w-legal.com

47895574

## CERTIFICATE OF SERVICE

       I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on April 27, 2020:

<u>Trustee via E-Filing</u>
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

<u>Debtors' Counsel via E-Filing</u>
Paul W. McElrath, Jr.
ecf@mcelrathlaw.com

<u>Debtors via First-Class Mail</u>
David Fetsko and Miranda Fetsko
1 Smith Street
Charleroi, PA 15022

<u>United States Trustee via E-Filing</u>
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

    /s/Regina Williams
Regina Williams,
Legal Assistant to Lisa Cancanon

47895574