# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | DAVID & MIRANDA FETSKO |
| **Case Number:** | 19-24472-CMB          **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 21, 2020 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#21  - Continued Confirmation of Plan Dated 12/23/2019 (N)

**R / M #:**  21 /  0

### *Appearances:*

Zutz

Debtor:
Trustee:  Winnecour  /  Pail  /  Katz  /  DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. ___✓___ Contested Hearing: __6-3-20___ _ at ____10:00_____.
10. _____ Other:

no payments, 6 months elapsed

FILED
5/26/20 8:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5/13/2020   2:36:50PM