## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

|  |  |  |
|---|---|---|
|  | : | Case No. 19-24472-CMB |
| **David Fetsko and** | : |  |
| **Miranda Fetsko** | : | Chapter 13 |
|     **Debtors** | : |  |
|  | : | Related to Doc. No. 43, 44 |
| **David Fetsko** | : |  |
|     **Movant** | : | Hearing date and time: |
|  | : | 6/24/20 at 10:00 AM |
|     **v.** | : |  |
|  | : |  |
| **UPS and** | : |  |
| **Ronda J. Winnecour, Esquire,** | : |  |
| **Chapter 13 Trustee,** | : |  |
| **Respondents** | : |  |

### CERTIFICATE OF SERVICE OF NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE AND MOTION TO TERMINATE WAGE ATTACHMENT

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 2, 2020, I served a copy of the above-captioned pleading, Notice of Hearing with Response, along with the Motion Terminating Wage Attachment, filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties by United States mail, first class or electronic mail where indicated.

<u>Executed on June 2, 2020</u>

                                                By:   <u>/s/ Sharla Munroe</u>
                                                          Sharla Munroe, Paralegal
                                                          McElrath Legal Holdings, LLC
                                                           1641 Saw Mill Run Blvd
                                                           Pittsburgh, PA 15210
                                                           Tel: 412.765.3606
                                                          Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

David & Miranda Fetsko
1 Smith Street
Charleroi PA 15022

UPS
Attention:  Payroll Department
55 Glenlake Parkway NE
Atlanta GA 30328