# PROCEEDING MEMO

**Date: 06/03/2020 10:00 am**

**In re:**  David Fetsko
Miranda Fetsko

**Bankruptcy No. 19-24472-CMB**
**Chapter: 13**
**Doc. # 21**

**Appearances:  BY TELEPHONE:**
Paul W. McElrath, Jr., Esq.
Kate DeSimone, Esq.

**Nature of Proceeding: #21 Contested Plan hearing re Plan Dated 12/23/2019.**

**Additional Pleadings:  #42 Conciliation Conference Minutes**

**Judge's Notes:**
 - DeSimone: No payments received to date.
 - McElrath: Debtor sent in payment not received yet by Trustee. Need to file amended plan and get back to conciliation.
 - DeSimone: No objection to Debtor filing an amended plan.
 - OUTCOME: Amended plan to be filed in 10 days; conciliation will be scheduled when plan is filed.

FILED
6/3/20 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**