# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | Case No. 19-24472-CMB |
| **David Fetsko and** | : | |
| **Miranda Fetsko** | : | Chapter 13 |
|     Debtors | : | |
| | : | Related to Doc. No. 47 |
| **David Fetsko** | : | |
| S.S. No. xxx-xx-5389 | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **Office of UC Benefits** | : | |
| **651 Boas Street** | : | |
| **6ᵀᴴ Floor** | : | |
| **Harrisburg, PA 17121** | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 5, 2020, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: June 5, 2020          /s/ Sharla Munroe
                                                         Sharla Munroe, Paralegal
                                                         McElrath Legal Holdings, LLC
                                                         1641 Saw Mill Run Blvd.
                                                         Pittsburgh, PA 15210
                                                         Tel: 412.765.3606
                                                         Fax: 412.765.1917

**MATRIX**

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Paul & Kimberly Corbett
73 Memorial Drive
Perryopolis PA 15473

Office of UC Benefits
Attn: Garnishment Dept.
651 Boas Street
6TH Floor
Harrisburg, PA 17121