**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | **Case No. 19-24472-CMB** |
| **David Fetsko and** | : | |
| **Miranda Fetsko** | : | **Chapter 13** |
|     **Debtors** | : | |
| | : | **Related to Doc. No. 47** |
| **David Fetsko** | : | |
| **S.S. No. xxx-xx-5389** | : | |
|     **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Office of UC Benefits** | : | |
| **651 Boas Street** | : | |
| **6TH Floor** | : | |
| **Harrisburg, PA 17121** | : | |
|     **Respondent** | : | |

## AMENDED CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 5, 2020, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: June 5, 2020                                    /s/ Sharla Munroe
                                                                                            Sharla Munroe, Paralegal
                                                                                            McElrath Legal Holdings, LLC
                                                                                            1641 Saw Mill Run Blvd.
                                                                                            Pittsburgh, PA 15210
                                                                                            Tel: 412.765.3606
                                                                                            Fax: 412.765.1917

**MATRIX**

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

David & Miranda Fetsko
1 Smith Street
Charleroi, PA 15022

Office of UC Benefits
Attn: Garnishment Dept.
651 Boas Street
6TH Floor
Harrisburg, PA 17121