UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **David Fetsko and** | : | **Case No. 19-24472-CMB** |
| **Miranda Fetsko** | : | **Chapter 13** |
|     **Debtors** | : | |
| | : | **Related to Doc. No. 43** |
| **David Fetsko** | : | |
|     **Movant** | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **UPS** | : | |
|     **Respondent** | : | |

## ORDER TO STOP PAYROLL DEDUCTION

AND NOW, this ___3rd___ day of ___June___, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

UPS
Attention: Payroll Department
55 Glenlake Parkway NE
Atlanta GA 30328

Is hereby ordered to immediately terminate the attachment of the wages of David Fetsko, social security number xxx-xx- 5389. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of David Fetsko.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

FILED
6/3/20 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
CARLOTA M. BÖHM
CHIEF U. S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Fetsko  
Miranda Fetsko  
    Debtors

Case No. 19-24472-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jun 03, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.  
db/jdb        +David Fetsko,    Miranda Fetsko,    1 Smith Street,    Charleroi, PA 15022-3110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:  
       James Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com  
       Lisa Cancanon    on behalf of Creditor    USAA Federal Savings Bank lisac@w-legal.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Paul W. McElrath, Jr.    on behalf of Joint Debtor Miranda Fetsko ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
       Paul W. McElrath, Jr.    on behalf of Debtor David Fetsko ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                           TOTAL: 7