# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24472-CMB |
| | : | |
| David Fetsko and | : | Chapter 13 |
| Miranda Fetsko, | : | |
|     Debtors | : | |
| | : | Related to Doc. No. 50, 51 |
| | : | |
| David Fetsko and | : | Concil. Conf.: |
| Miranda Fetsko, | : | July 30, 2020 at 9:00 AM |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| American Info Source Lp, et. al. | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE ORDER SCHEDULING DATES FOR HEARING ON AND OBJECTION TO AMENDED PLAN AND THE AMENDED PLAN DATED JUNE 3, 2020

I, Sharla Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the Order Scheduling Dates for Hearing on and Objection to the Amended Plan and the Amended Plan Dated June 3, 2020**,** on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:


Executed on: June 9, 2020

                                          By:    /s/ Sharla Munroe
                                                  Sharla Munroe, Paralegal
                                                  McElrath Legal Holdings, LLC
                                                  1641 Saw Mill Run Boulevard
                                                  Pittsburgh, PA 15210
                                                  Tel: 412.765.3606
                                                  Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

David & Miranda Fetsko
1 Smith Street
Charleroi, PA 15022

American Info Source Lp
Post Office Box 248848
Oklahoma City, OK 73124-8848

Capio Partners Llc
2222 Texoma Pkwy
Sherman, TX 75091

Enhanced Recovery Co L
Po Box 57547
Jacksonville, FL 32241

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

KML
701 Market Street, Suite 5000
Philadelphia, PA 19106

Comcast
Po Box 3001
Southeastern, PA 19398

Phoenix Financial Serv
8902 Otis Ave
Indianapolis, IN 46216

Commonwealth Financial
245 Main Street
Scranton, PA 18519

Pinnacle Credit Servic
7900 Highway 7 # 100
Saint Louis Park, MN 55426

Credit Soltn
2277 Thunderstick Drive
Lexington, KY 40505

Professional Adjmnt Co
14410 Metropolis Ave
Fort Myers, FL 33912

Dept Of Defense
Dfas-de/fydc
Denver, CO 80279

Rui Credit Services In
1305 Walt Whitman Rd Ste
Melville, NY 11747

Syncb/amer Eagle
Po Box 965005
Orlando, FL 32896

The Huntington National Bank
7450 Huntington Park Drive
Columbus, OH 43235

The United Federal Cr
3600 University Ave
Morgantown, WV 26505

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704

Usaa Fed Svng/nationst
350 Highland
Houston, TX 77067

Usaa Federal Savings
Pob 47504
San Antonio, TX 78265

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687