**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/21/2020

IN RE:

DAVID FETSKO
MIRANDA FETSKO
1 SMITH STREET
CHARLEROI, PA 15022
XXX-XX-5389        Debtor(s)

XXX-XX-9815

Case No.19-24472 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/21/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **ORION**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEST PENN PWR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: USAA FDRL SVNGS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br>PITTSBURGH, PA  15233 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **UNITED FEDERAL CREDIT UNION***<br>3 SUNSET BEACH RD<br>MORGANTOWN, WV  26508 | Trustee Claim Number: 4   INT %: 4.25%<br>Court Claim Number: 15-2<br>CLAIM: 8,006.72<br>COMMENT: $PL-AMD CL@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7750 |
| **USAA FEDERAL SAVINGS BANK**<br>C/O NATIONSTAR MORTGAGE LLC(*)<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: PMT/PL-NMPC*DKT4PMT-LMT*BGN 12/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5701 |
| **USAA FSB**<br>C/O WEINSTEIN & RILEY PS<br>POB 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 6   INT %: 4.25%<br>Court Claim Number: 14<br>CLAIM: 22,229.61<br>COMMENT: $/CL-PL@4.25%/PL*0%/CL FACE | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6295 |
| **AMERICAN INFOSOURCE LP**<br>POB 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPIO PARTNERS LLC**<br>2222 TEXOMA PKWY STE 150<br>SHERMAN, TX  75090 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EMRGNCY CARE PHYSCNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0475 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 467.33<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0714 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br>DICKSON CITY, PA  18519 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AHN EMRGNCY GRP OF CNNSBRG/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 43N1 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDIT SOLUTION**<br>2277 THUNDERSTICK DR<br>LEXINGTON, KY 40505 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3484 | CLAIM: 0.00<br>COMMENT: CONSOLIDATED COMM/SCH |
| **DEPARTMENT OF DEFENSE**<br>DFAS-DE/FN<br>6760 E IRVINGTON PL<br>DENVER, CO 80279-4000 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5389 | CLAIM: 0.00<br>COMMENT: OVERPAYMENT/SCH |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8843 | CLAIM: 0.00<br>COMMENT: ATT~DIRECTV/SCH |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **PENDRICK CAPITAL PARTNERS LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1095 | CLAIM: 820.80<br>COMMENT: X2937/SCH*AHN EMRGNCY GRP OF CNNSBRG/SCH |
| **PENDRICK CAPITAL PARTNERS II LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1094 | CLAIM: 435.00<br>COMMENT: X8225/SCH*AHN EMRGNCY GRP OF CNNSBRG/SCH |
| **PINNACLE CREDIT SERVICES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 1,545.88<br>COMMENT: NO$/SCH*VERIZON*CHRGD OFF 8/10/2010*STALE? |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7948 | CLAIM: 1,473.00<br>COMMENT: X7948/SCH*SW FI ER PHYSCNS/SCH*WASHINGTON HOSPITAL |
| **COMCAST**<br>PO BOX 1931<br>BURLINGAME, CA 94011 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5931 | CLAIM: 516.54<br>COMMENT: X7560/SCH |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0275 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AMER EAGLE/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  136.56<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1181 |
| **GREAT LAKES HIGHER ED CORP**<br>2401 INTERNATIONAL LN<br>MADISON, WI  53704 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~US DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8581 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV  26554 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  375.64<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9304 |
| **COMCAST++**<br>PO BOX 3001<br>SOUTHEASTERN, PA  19398 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  226.40<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5857 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  1,126.12<br>COMMENT:  NT/SCH*LAST TRANSACTION DATE 12/8/2019 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  452.32<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **USAA FEDERAL SAVINGS BANK**<br>C/O NATIONSTAR MORTGAGE LLC(*)<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  12,034.80<br>COMMENT:  $/CL-PL*THRU 11/19 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5701 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  115.00<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5389 |
| **SPRINT CORP****<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS  66207-0949 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  4,244.59<br>COMMENT:  NT/SCH*BILLED THRU 11/18/2019 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6342 |