**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  David Fetsko<br>         Miranda Fetsko<br><br>                    Debtor(s)<br><br>USAA FEDERAL SAVINGS BANK<br>                              Movant<br>                    v.<br>David Fetsko<br>Miranda Fetsko<br>                              Respondents<br>                    and<br>Ronda J. Winnecour, Trustee<br>                    Additional Respondents | BK. NO. 19-24472 CMB<br><br><br><br>CHAPTER 13 |

**NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE**
**REGARDING MOTION OF USAA FEDERAL SAVINGS BANK**
**FOR RELIEF REQUESTED**
**(TELEPHONIC PROCEDURE EFFECTIVE MARCH 13, 2020)**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant, a response to the motion no later then **October 13, 2020**, (seventeen (17) calendar days after the date of service below) in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov . If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice to your lawyer at once.

A **telephonic** hearing will be held on **October 28, 2020** at **10:30 am** before Judge Carlota M. Bohm . Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020) , which can be found at www.pawb.uscourts.gov/procedures-2.

Date of Mailing or other service September 24, 2020

                                                                **/s/ Brian C. Nicholas, Esquire** ___
                                                                Brian C. Nicholas, Esquire
                                                                bnicholas@kmllawgroup.com
                                                                Attorney I.D. No. 317240
                                                                KML Law Group, P.C.
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106
                                                                Phone: 201-549-5366
                                                                Attorney for Movant/Applicant