**Date: 10/28/2020 10:30 am**

**In re:    David Fetsko**
**Miranda Fetsko**

**Bankruptcy No. 19-24472-CMB**
**Chapter: 13**
**Doc. # 66**

**Telephonic  Appearances: Paul W. McElrath, Esq.**
**Owen Katz, Esq.**

**Nature of Proceeding: #66 Motion for Relief from Stay**
**re: at 1 Smith Street, Charleroi, PA 15022**

**Additional Pleadings:  #70 Notice of Hearing**
**#71 Debtor's Response**

**Judge's Notes:**

 - McElrath: Attorney Nicholas is having trouble connecting with CourtCall but spoke with him re this
matter. Debtor will be getting a lump sum and should be able to make $10,000 payment. Plan needs to be
amended to address this matter.
 OUTCOME: continued to 1/6 at 2:30pm. Can withdraw motion, if it is resolved by plan.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/28/20 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-24472-CMB

David Fetsko                                                                     Chapter 13

Miranda Fetsko
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dsaw                               Page 1 of 2
Date Rcvd: Oct 28, 2020                       Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Fetsko, Miranda Fetsko, 1 Smith Street, Charleroi, PA 15022-3110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | \*+ | Miranda Fetsko, 1 Smith Street, Charleroi, PA 15022-3110 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor USAA Federal Savings Bank bnicholas@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | |
| | on behalf of Joint Debtor Miranda Fetsko ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | |
| | on behalf of Debtor David Fetsko ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 6