IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) CASE NO. 19-24472 |
| | ) |
| DAVID FETSKO and MIRANDA FETSKO, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) RELATED TO DOC. NO. 74 |
| | |
| THE UNITED FEDERAL CREDIT UNION, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| Miranda Anthony-Fetsko, | ) |
| Debtor, | ) |
| | ) |
| and Ronda J. Winnecour, | ) |
| Trustee, | ) |
| Respondents. | ) |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion for Relief from the Automatic Stay filed by The United Federal Credit Union, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and that the automatic stay be and hereby is terminated as it affects the interest of The United Federal Credit Union in the 2012 Honda Civic, VIN 19XFB2F88CE329585, held the names of Miranda Katherine Anthony and Darlene Ann McGrady

Prepared by:    Anthony S. Dedola, Jr.
                Attorney for Movant

BY THE COURT

_____
The Honorable
U.S. Bankruptcy Judge