IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  David Fetsko  and  Miranda Fetsko | : | Bankruptcy No. 19-24472-CMB |
| Debtor | : | Chapter 13 |
| | : | |
| | : | |
| | : | Claim No. 14-1 |
| Movant | : | |
| USAA Federal Savings Bank | : | |
| v. | : | |
| No Respondent | : | |

<u>NOTICE OF CHANGE OF ADDRESS</u>

Undeliverable Address:

     Creditor Name:  USAA Federal Savings Bank

     Incorrect Address:  C/O Weinstein & Riley, PS

               2001 Western Ave,

               Suite 400

               Seattle, WA 98121

Corrected Address:

     Creditor Name:  USAA Federal Savings Bank

     Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC

               10700 Abbott's Bridge Road, Suite 170

               Duluth, GA  30097

               Phone: 470-321-7112

               (Payments) Consumer Payment Processing

               Robertson, Anschutz, Schneid, Crane & Partners, PLLC

               PO Box 272310

               Boca Raton, FL  33427

Phone: 561-241-6901

Dated: 11/4/2021

**Robertson, Anschutz, Schneid, Crane &
Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: <u>/s/ Charles G. Wohlrab</u>
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on November 08, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

David Fetsko
1 Smith Street
Charleroi, PA 15022

Miranda Fetsko
1 Smith Street
Charleroi, PA 15022

And via electronic mail to:

Paul W. McElrath, Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Riley Martinez