Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David Fetsko** | : | Case No. 19−24472−CMB |
| **Miranda Fetsko** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

       *AND NOW,* this ***The 17th of April, 2023,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

       (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

       (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

       (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

       (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24472-CMB |
| David Fetsko | Chapter 13 |
| Miranda Fetsko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 17, 2023 | Form ID: 309 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Fetsko, 1 Smith Street, Charleroi, PA 15022-3110 |
| jdb | #+ | Miranda Fetsko, 1 Smith Street, Charleroi, PA 15022-3110 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15158765 | | Dept Of Defense, Dfas-de/fydc, Denver, CO 80279 |
| 15174651 | + | Pinnacle Credit Servic, 7900 Highway 7 # 100, Saint Louis Park, MN 55426-4045 |
| 15158769 | + | Professional Adjmnt Co, 14410 Metropolis Ave, Fort Myers, FL 33912-4341 |
| 15158770 | + | Rui Credit Services In, 1305 Walt Whitman Rd Ste, Melville, NY 11747-4849 |
| 15158772 | + | The United Federal Cr, 3600 University Ave, Morgantown, WV 26505-3087 |
| 15188207 | + | The United Federal Credit Union, 3 Sunset Beach Rd, Morgantown, WV 26508-4431 |
| 15185538 | | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, Duluth, GA 30097 |
| 15158774 | + | Usaa Fed Svng/nationst, 350 Highland, Houston, TX 77009-6623 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Apr 18 2023 03:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 17 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15174641 | | EDI: AIS.COM | Apr 18 2023 03:35:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15180033 | + | EDI: COMCASTCBLCENT | Apr 18 2023 03:34:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15158761 | + | EDI: CAPIO.COM | Apr 18 2023 03:35:00 | Capio Partners Llc, 2222 Texoma Pkwy, Sherman, TX 75090-2481 |
| 15169414 | | EDI: CAPITALONE.COM | Apr 18 2023 03:35:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158762 | + | EDI: CAPITALONE.COM | Apr 18 2023 03:35:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15174644 | + | EDI: COMCASTCBLCENT | Apr 18 2023 03:34:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 15158763 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Apr 17 2023 23:40:00 | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |

Case 19-24472-CMB   Doc 125   Filed 04/19/23   Entered 04/20/23 00:25:23   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 309 | Total Noticed: 42 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15158764 | + | Email/Text: scollins@cs-llc.com | Apr 17 2023 23:41:00 | Credit Soltn, 2277 Thunderstick Drive, Lexington, KY 40505-9002 |
| 15158766 | + | Email/Text: bknotice@ercbpo.com | Apr 17 2023 23:41:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15158767 | ^ | MEBN | Apr 17 2023 23:37:37 | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15159648 | + | EDI: RECOVERYCORP.COM | Apr 18 2023 03:35:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15177544 | | Email/Text: perituspendrick@peritusservices.com | Apr 17 2023 23:40:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15177543 | | Email/Text: perituspendrick@peritusservices.com | Apr 17 2023 23:40:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15158768 | | Email/Text: info@phoenixfinancialsvcs.com | Apr 17 2023 23:40:00 | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216 |
| 15175607 | + | Email/Text: ebnpeoples@grblaw.com | Apr 17 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pgh., PA 15233-1828 |
| 15162790 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2023 23:47:43 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181874 | | EDI: Q3G.COM | Apr 18 2023 03:35:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15189001 | | EDI: AISSPRINT | Apr 18 2023 03:35:00 | Sprint Corp., Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 15158771 | + | EDI: RMSC.COM | Apr 18 2023 03:35:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15174655 | + | Email/Text: bankruptcy@huntington.com | Apr 17 2023 23:41:00 | The Huntington National Bank, 7450 Huntington Park Drive, Columbus, OH 43235-5617 |
| 15168322 | + | Email/Text: bankruptcy@huntington.com | Apr 17 2023 23:41:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15184770 | ^ | MEBN | Apr 17 2023 23:36:49 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15184695 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2023 23:40:00 | USAA Federal Savings Bank, c/o Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15158773 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 17 2023 23:40:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15174659 | | EDI: USAA.COM | Apr 18 2023 03:35:00 | Usaa Federal Savings, Pob 47504, San Antonio, TX 78265 |
| 15158775 | | EDI: USAA.COM | Apr 18 2023 03:35:00 | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15183586 | | EDI: AIS.COM | Apr 18 2023 03:35:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15174660 | | Email/Text: bankruptcy@firstenergycorp.com | Apr 17 2023 23:41:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15170465 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 17 2023 23:41:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 31

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 309 | Total Noticed: 42 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | USAA Federal Savings Bank |
| cr | *+ | The United Federal Credit Union, 3 Sunset Beach Road, Morgantown, WV 26508-4431 |
| 15174642 | *+ | Capio Partners Llc, 2222 Texoma Pkwy, Sherman, TX 75090-2481 |
| 15174643 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15174645 | *+ | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 15174646 | *+ | Credit Soltn, 2277 Thunderstick Drive, Lexington, KY 40505-9002 |
| 15174647 | * | Dept Of Defense, Dfas-de/fydc, Denver, CO 80279 |
| 15174648 | *+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15174649 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15174650 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216 |
| 15174652 | *+ | Professional Adjmnt Co, 14410 Metropolis Ave, Fort Myers, FL 33912-4341 |
| 15174653 | *+ | Rui Credit Services In, 1305 Walt Whitman Rd Ste, Melville, NY 11747-4849 |
| 15174654 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15174656 | *+ | The United Federal Cr, 3600 University Ave, Morgantown, WV 26505-3087 |
| 15174657 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15174658 | *+ | Usaa Fed Svng/nationst, 350 Highland, Houston, TX 77009-6623 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 19, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony S. Dedola, Jr. | on behalf of Creditor The United Federal Credit Union anthonydedola@dedolalaw.com n.dones@dedolalaw.com |
| Brian Nicholas | on behalf of Creditor USAA Federal Savings Bank bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Miranda Fetsko ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor David Fetsko ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8